# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

MAR 2 6 2008

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

United States of America )
v. )
Earnest Junior Thompson ) Case No: 7:04CR00003-002
 ) USM No: 01443-084
Date of Previous Judgment: September 14, 2004 )
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ___66___ months **is reduced to** ___60 months*___ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: ___23___     Amended Offense Level: ___21___
Criminal History Category: ___III___     Criminal History Category: ___III___
Previous Guideline Range: __60__ to __71__ months   Amended Guideline Range: __60__ to __60__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☒ Other (explain):

*The amended guideline range cannot go below the statutory mandatory minimum of 60 months. Therefore, the sentence is reduced to 60 months, but not less than time served.

**III. ADDITIONAL COMMENTS**

The factors listed in 18 U.S.C. § 3553(a) having been considered, the government's objections to the reduction are overruled.

Except as provided above, all provisions of the judgment dated ___09/14/2004___ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: March 26, 2008

/s/ James C. Turk
Judge's signature

Effective Date: April 5, 2008
(if different from order date)

James C. Turk, Senior United States District Judge
Printed name and title